United States Courts
Southern District of Texas
FILED

*April 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. **4:26-cr-229** |
| **ERIC WILLIAMS**, | |
| Defendant. | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

**(BANK ROBBERY)**

On or about February 21, 2026, in the Southern District of Texas and within the jurisdiction of the court,

**ERIC WILLIAMS**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of First Convenience Bank, located at 5367 Antoine Drive, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**

**(BANK ROBBERY)**

On or about March 3, 2026, in the Southern District of Texas and within the jurisdiction of the court,

1

**ERIC WILLIAMS**

defendant herein, did attempt to take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of Wood Forest Bank located at 12434 State Highway 249, Harris County, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

**(BANK ROBBERY)**

On or about March 5, 2026, in the Southern District of Texas and within the jurisdiction of the court,

**ERIC WILLIAMS**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of First Convenience Bank, located at 5367 Antoine Drive, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

**(BANK ROBBERY)**

On or about March 12, 2026, in the Southern District of Texas and within the jurisdiction of the court,

**ERIC WILLIAMS**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of Wood Forest Bank, located at 9700 Hillcroft Avenue, Houston, Texas the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

ORIGINAL SIGNATURE ON FILE

_____

FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

BY: _____
JILL JENKINS STOTTS
Assistant United States Attorney